1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE DANIEL CHRISTENSEN and GEORGE CURREA, on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILLYARD, INC.,<br><br>Defendant. | Case No. 13-cv-04389 NC<br><br>**ORDER REGARDING FINALITY OF SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 21 |

Before the Court is plaintiffs' motion for preliminary approval of the class settlement. The Court is concerned that plaintiffs may have submitted a non-final or fully executed version of the settlement agreement. The settlement agreement references "section III.8.2" as including additional releases for the general class, but that section is not included in the settlement agreement. Dkt. No. 21-3 at 17. In addition, section I.i of the document has been left blank. *Id.* at 19. The Court cannot assess the fairness of apparently agreed-upon provisions that are not included in the document. Therefore, within seven days of this order, plaintiffs must either submit the final and fully executed version of the settlement, or inform the Court that the version submitted is final.

1  IT IS SO ORDERED.

2  Date: July 9, 2014

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

Case No. 13-cv-04389 NC
ORDER GRANTING PRELIMINARY      2
APPROVAL OF CLASS SETTLEMENT