CHRISTOPHER A. OLSEN (SBN 236928)
**OLSEN LAW OFFICES, APC**
1010 SECOND AVE., STE. 1835
SAN DIEGO, CA 92101
TEL: (619) 550-9352
FAX: (619) 923-2747
CAOLSEN@CAOLSENLAWOFFICES.COM

Attorneys for Plaintiffs LAWRENCE DANIEL CHRISTENSEN and GEORGE CURREA as individuals and on behalf of all similarly situated employees

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorneys for Plaintiffs LAWRENCE DANIEL CHRISTENSEN and GEORGE CURREA as individuals and on behalf of all similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> HILLYARD, INC, and DOES 1 through 10, inclusive <br><br> Defendants | Case No.: 13-cv-04389-NC <br> Judge: Hon. Nathanael M. Cousins <br> Action Filed: Sept. 20, 2013 <br><br> **CLASS ACTION** <br><br> **THIRD NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> **DATE:** September 24, 2014 <br> **TIME:** 1:00 p.m. |

///

///

///

///

///

- 1 –

3rd NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO: ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on SEPTEMBER 24, 2014 at 1:00 p.m. before this Court located in the San Francisco Courthouse, Courtroom A – 15th Floor, located at 450 Golden Gate Ave., San Francisco, California, 94102, Named Plaintiffs Lawrence Christensen and George E. Currea, individually, and on behalf all others similarly situated will, and hereby does, move this Court for an Order which has the effect of doing the following:

1. Granting preliminary approval of the Class Action Settlement set forth more particularly in the Settlement Agreement attached as Exhibit "1" to the Declaration of Christopher A. Olsen, filed concurrently with this motion,
2. Approving the proposed Notice of Class Action Settlement and Claim Form, to be sent to the Class advising them of the pendency of class action and proposed Settlement, of the schedule and procedure for the filing of claims to receive their monetary share of the proposed Settlement, and of objections, if any, to the proposed Settlement; and
3. Setting a Final Fairness Hearing to consider Final Approval of the proposed Settlement.

The Parties have met and conferred, and Plaintiffs anticipate no objection to this motion from Defendants.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Complaint on file, the Declarations of Lawrence Christensen, George Currea and Christopher A. Olsen filed herewith, the proposed Settlement Agreement and proposed class Notice filed herewith; and the [Proposed] Order Granting Preliminary Approval of the Class Action Settlement;

the other records and files in this action; and such other matters as may be properly presented at or before the hearing.

Dated:  August 20, 2014          **OLSEN LAW OFFICES, APC**
                                 Attorneys for Plaintiffs


                                 /s/Christopher A. Olsen
                                 Christopher A. Olsen

3rd NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT